**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN REA, | CASE NO. CV 12-09044 RZ |
| Petitioner, | |
| vs. | JUDGMENT |
| E. VALENZUELA, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of MICHAEL JOHN REA for a writ of habeas corpus. In light of the Court's review of the Petition and supporting papers, and for the reasons set out in the Memorandum And Order,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 25, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE